IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LYLE ROB NELSON, Trustee of the Bankruptcy Estate of Cordette Warner, )<br><br>Plaintiff, )<br><br>v. )<br><br>HEALTHCARE PARTNERS INVESTMENTS, LLC, a/k/a TPG HOSPITAL, LLC, d/b/a NORTHWEST SURGICAL HOSPITAL, )<br><br>Defendant. ) | Case No. CIV-14-1073-D |

## O R D E R

Before the Court is the Motion by Trustee in Bankruptcy to be Substituted as Plaintiff [Doc. No. 7] filed by Plaintiff on behalf of Lyle Rob Nelson as trustee of the bankruptcy estate of Cordette Warner. Defendant has not responded to the Motion and the time for doing so has expired. The Court finds that the requested substitution is necessary pursuant to Fed. R. Civ. P. 17(a), due to Plaintiff Cordette Warner's filing of a voluntary petition under Chapter 7 of the United States Bankruptcy Code. *See In re Cordette LaShaun Warner*, Case No. BK-14-10789, Petition (Bankr. W.D. Okla. March 4, 2014). Plaintiff's employment discrimination claims against Defendant are property of the bankruptcy estate, and the trustee, appearing on behalf of the estate, has become the real party in interest.

IT IS THEREFORE ORDERED that Lyle Rob Nelson as Trustee of the Bankruptcy Estate of Cordette Warner is substituted as Plaintiff in this matter and that the caption of the case shall be amended to reflect the substitution, as set forth above.

IT IS SO ORDERED this 17th day of November, 2014.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE