IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LYLE ROB NELSON, Trustee of the Bankruptcy Estate of Cordette Warner )<br><br>Plaintiff, )<br>v. )<br>)<br>HEALTHCARE PARTNERS INVESTMENTS, LLC, a/k/a TPG HOSPITAL, LLC, d/b/a NORTHWEST SURGICAL HOSPITAL, )<br>)<br>Defendant. ) | CIV-14-1073-D<br><br><br>ATTORNEY LIEN CLAIMED<br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Lyle Rob Nelson, Trustee of the Bankruptcy Estate of Cordette Warner, hereby stipulates that his claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 6th DAY OF MARCH, 2015.**

s/ Jana B. Leonard
LEONARD & ASSOCIATES, P.L.L.C.
JANA B. LEONARD, OBA # 17844
EMILY VAN VOLKINBURG, OBA # 31744
8265 S. WALKER
OKLAHOMA CITY, OK  73139
(405) 239-3800        TELEPHONE
(405) 239-3801        FACSIMILE
leonardjb@leonardlaw.net
emilyv@leonoardlaw.net

1

## CERTIFICATE OF SERVICE

This is to certify that on this <u>6th</u> day of <u>March,</u> 2015, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Electronic Mail Notice List: The following are those who are currently on the list to receive e-mail notices for this case.

Jana Beth Leonard   leonardjb@leonardlaw.net,dorfflert@leonardlaw.net

Emily P Van Volkinburg   emilyv@leonardlaw.net,dorfflert@leonardlaw.net

Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Lyle Rob Nelson, OBA #10914
Two Leadership Square, Suite 1300
211 N. Robinson
Oklahoma City, OK 73102
(405) 232-4021 Phone
(405) 232-3746 Fax
Email: lyle@lylenelsonlaw.com

                s/ Jana B. Leonard